FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 02, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DOUGLAS S.,[1]<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SOCIAL SECURITY ADMINISTRATION,<br><br>　　　　　Defendant. | No. 1:20-cv-03178-MKD<br><br>**ORDER OF DISMISSAL WITH PREJUDICE AND CLOSING FILE** |

Before the Court is the parties' Notice of Stipulated Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). ECF No. 16. The parties have consented to proceed before a magistrate judge. ECF No. 4.

The parties indicate the above-entitled action is voluntarily dismissed by stipulation with prejudice. Accordingly, **IT IS HEREBY ORDERED**:

---

[1] To protect the privacy of plaintiffs in social security cases, the undersigned identifies them by only their first names and the initial of their last names. *See* LCivR 5.2(c).

ORDER OF DISMISSAL WITH PREJUDICE - 1

1.  The parties' Notice of Stipulated Voluntary Dismissal (**ECF No. 16**) is **GRANTED**.

2.  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' stipulation, the Complaint and all claims therein are **DISMISSED WITH PRJEUDICE** and without costs or attorney fees to any party.

3.  All pending motions, if any, are **DENIED AS MOOT**.

4.  All pending deadlines and hearings are **VACATED**.

5.  The District Court Executive shall **CLOSE THE FILE**.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to counsel, and **CLOSE** the file.

DATED this June 2, 2021.

s/*Mary K. Dimke*
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE

ORDER OF DISMISSAL WITH PREJUDICE - 2